UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00249 ADS                                            Date:  April 10, 2026

Title:  *Edgar Edmundo Rivera v. City of Tustin, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(f) REPORT**

On February 2, 2026, Plaintiff filed a Complaint.  (Dkt No. 1.)  The Court set a Scheduling Conference on April 22, 2026.  (Dkt. No. 16.)  Parties were ordered to file a Joint 26(f) Report no later than 14 days before the Conference.  (Id.)  To date, parties have not submitted their Joint 26(f) Report or otherwise requested an amended schedule.

The parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to comply with Court orders and failure to prosecute.  Parties must file a written response no later than April 15, 2026.

Among other appropriate responses, parties may file a Joint 26(f) Report in response to this Order to Show Cause by the above date.

**IT IS SO ORDERED.**

Initials of Clerk kh