UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00249 ADS                                    Date:  July 6, 2026

Title:  *Edgar Edmundo Rivera v. City of Tustin, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

 On May 24, 2026, Plaintiff filed a Motion to Amend Complaint (the "Motion"). (Dkt. No. 25.)  On June 24, 2026, the Court granted the Motion and ordered Plaintiff to file the amended complaint by no later than July 1, 2026.  (Dkt. No. 26.)  To date, Plaintiff has not filed an amended complaint.

 Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **July 13, 2026**.

 Among other appropriate responses, Plaintiff may file an amended complaint in response to this Order to Show Cause by the above date.

 **Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

 **IT IS SO ORDERED.**

Initials of Clerk kh

---

CV-90 (03/15)—JC                    Civil Minutes – General                    Page **1** of **1**